IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

T. LEMKAU & ASSOC., LTD.,

    Plaintiff,    :    Case No. 3:12-MC-09

 -vs-

    Judge Thomas M. Rose
    Magistrate Judge Michael J. Newman

SOWA TOOL & MACHINE CO., LTD.

    Defendant.    :

---

**ORDER**

---

The undersigned hereby RECUSES himself from this matter, and it is referred to Clerk of Courts for reassignment.

**IT IS SO ORDERED.**

April 6, 2012                                                s/**Michael J. Newman**
                                                               United States Magistrate Judge