# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

T. LEMKAU & ASSOC., LTD.,

      Plaintiff,                  :        Case No. 3:12-mc-009

                                        District Judge Thomas M. Rose
   -vs-                               Magistrate Judge Michael R. Merz

                                  :

SOWA TOOL & MACHINE CO. LTD.,

      Defendant.

---

## ORDER

---

      This case was reassigned to the undersigned Magistrate Judge on the afternoon of Friday, April 6, 2012, upon the recusal of the originally assigned Magistrate Judge, the Honorable Michael J. Newman (Doc. No. 4).  Third-party discovery matters filed at the Dayton location of court are referred to the Magistrate Judges under the Dayton location of court General Order of Assignment and Reference, available on the Court's webpage at www.ohsd.uscourts.gov.

      Upon initial examination of the motion papers, the Court notes that Plaintiff seeks expedited decision on its Motions to Compel and to Hold in Contempt.  Plaintiff is advised that the Court is unable to reach this matter for decision within the time request by counsel.  To expedite as much as possible the decision of this matter, it is hereby ORDERED that the subpoenaed party, Wohlhaupter Corporation, respond to the Motion to Compel and for Contempt not later than April 18, 2012.  Plaintiff may then file a reply memorandum not later than April 23, 2012.

The parties to the underlying litigation are advised to revise their deposition schedule in light of this Order.

April 6, 2012.

s/ **Michael R. Merz**
United States Magistrate Judge