IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION AT DAYTON

T. LEMKAU & ASSOC., Ltd,

    Plaintiff,  :  Case No. 3:12-mc-9

 - vs -  :  District Judge Thomas M. Rose

      Magistrate Judge Michael R. Merz

    :

SOWA TOOL & MACHINE CO., Ltd,

    :

    Defendant.

ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #12), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time

for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

The parties have settled their discovery dispute without further judicial intervention.  Accordingly, this action is DISMISSED as moot.

July 27, 2012.                  *s/THOMAS M. ROSE
                                                 Thomas M. Rose
                                         United States District Judge